UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| FRANCIS WINCHESTER | CIVIL ACTION NO. 06-0641 |
| VS. | JUDGE TUCKER L. MELANÇON |
| WARDEN, AVOYELLES CORR. CENTER | MAGISTRATE JUDGE HILL |

## ORDER GRANTING PARTIAL JUDGMENT OF VOLUNTARY DISMISSAL

Before the court is the "Motion to Amend Petition for Writ of Habeas Corpus as Ordered by Magistrate Judge Hill" filed by *pro se* petitioner, Francis Winchester. The pleading was filed in response to Magistrate Judge Hill's Order requiring petitioner to respond to various issues raised by the court in connection with his pending petition for federal writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254, including Magistrate Judge Hill's concern that petitioner's excessive sentencing claim has never been presented to the Louisiana Supreme Court. [rec. docs. 7 and 8]. By this Motion, Winchester requests that this court dismiss his excessive sentence claim. Accordingly;

**IT IS ORDERED** that petitioner's request to voluntarily dismiss his claim that his thirty year sentence is excessive, asserted in his pending petition for federal writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254, is **GRANTED.** Accordingly, petitioner's claim that his thirty year sentence is excessive is hereby **DISMISSED WITHOUT PREJUDICE**.

The *pro se* clerk shall review the remainder of petitioner's filing to determine what claims, if any, are properly before this court.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 15th day of October, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE